IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 309-MR-WCM

| | | |
|---|---|---|
| RICHARD LEE MIKOS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | ORDER |
| V. | ) | |
| | ) | |
| TRAVIS J. CLARK; SIX ARMS, LLC, | ) | |
| A FLORIDA CORPORATION; AND | ) | |
| FIBOCA FREIGHT, INC., A FLORIDA | ) | |
| CORPORATION, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

This matter is before the Court on Defendants' Motion for Leave to File Motion to Bifurcate (the "Motion for Leave," Doc. 27). For the reasons stated in the Motion for Leave, and noting Defendants' representation that Plaintiff does not oppose bifurcation, Doc. 27, p. 1, the undersigned will grant the request.

**IT IS THEREFORE ORDERED** that the Motion for Leave to File Motion to Bifurcate (Doc. 27) is **GRANTED**, and Defendants are **GRANTED LEAVE** to file the Motion to Bifurcate on or before the close of business on December 15, 2020.

Signed: December 10, 2020

W. Carleton Metcalf
United States Magistrate Judge