THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00309-MR-WCM

| | |
|---|---|
| **RICHARD LEE MIKOS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **TRAVIS J. CLARK, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

In light of the public health considerations caused by the coronavirus pandemic, as described in this Court's Standing Orders, Case No. 3:20-mc-00048-MR, and given both the Court's reduced ability to obtain an adequate spectrum of jurors and the reduced availability of attorneys and Court staff to be present in courtrooms, the Court finds that this case should be continued.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** to the March 8, 2021 trial term.

**IT IS FURTHER ORDERED** that the final pretrial conference is **CANCELLED** and will be rescheduled at a later date. All pretrial deadlines

related to the scheduling of the final pretrial conference are accordingly extended as well.

**IT IS SO ORDERED**.

Signed: December 21, 2020

Martin Reidinger
Chief United States District Judge